NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHUKWUEMEKA EZEKWO AND IFEOMA EZEKWO, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER QUIRK, MICHAEL CHRISTIANSEN, THORNTON WHITE and the CITY OF ENGLEWOOD, <br><br> Defendants. | No. 15-3167 (SDW)(LDW) <br><br><br> **ORDER** <br><br><br><br> December 4, 2017 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on November 17, 2017 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that defendants' motion to enforce the settlement be granted, defendants' motion for costs and attorneys' fees be denied, and plaintiffs' motion to remand the case for trial be denied. Neither Plaintiffs nor Defendants filed an objection to the R&R.

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (Dkt. No. 136) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                   s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
   Magistrate Judge Wettre